

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

**To:** Clerk, United States District Court
_____ District of New Jersey _____
50 Walnut Street, Room 4015
Newark, NJ 07102

**Re:** MDL 2415 _____ In Re: L'Oreal Wrinkle Cream Marketing and Sales Practices Litigation

Transfer of our Civil Case No. CV 12-09744 ABC (FFMx)

Case Title: Suzanne Cuervo et al v. L Oreal USA Inc

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

- ☐ Original case file documents are enclosed in paper format.
- ☑ Electronic Documents are accessible through Pacer.
- ☐ Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: 12/27/12                By B. Moss (213) 894-3538
                              Deputy Clerk

cc:   All counsel of record

---

### TO BE COMPLETED BY RECEIVING DISTRICT

Please acknowledge receipt via e:mail to the appropriate address listed below and provide the case number assigned in your district:

- ☑ CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
- ☐ CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
- ☐ CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: 2:12-cv-07925

Clerk, U.S. District Court

Date: 1/3/2013                By M. Whiting
                              Deputy Clerk